Laun v Stewart
2026 NY Slip Op 04132
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

EUGENE LAUN, JR., INDIVIDUALLY, AND DERIVATIVELY ON BEHALF OF 5 & 20 MARINE, LLC, PLAINTIFF-APPELLANT-RESPONDENT,
v
JOHN STEWART, ROBERT STIVERS AND DONNA STIVERS, DEFENDANTS-RESPONDENTS-APPELLANTS.

Decided on June 26, 2026
MOTION NO. (132/26) CA 25-00732.
Present: Whalen, P.J., Lindley, Ogden, Greenwood, And Hannah, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.